**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal Case No.** 12-cr-61-01-PB |
| **TOSATTI PADMORE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**INDICTMENT**

**The Grand Jury charges:**

**COUNT ONE**
**21 U.S.C. § 841(a)(1)**
**Distribution of Oxycodone**

On or about July 19, 2011, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

## <u>COUNT TWO</u>
### 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about August 2, 2011, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**
**21 U.S.C. § 841(a)(1)**
**Distribution of Oxycodone**

On or about January 4, 2012, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

### <u>COUNT FOUR</u>
### 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about January 11, 2012, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

## <u>COUNT FIVE</u>
### 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about January 30, 2012, in the District of New Hampshire, the defendant,

### TOSATTI PADMORE,

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
### 18 U.S.C. § 924(c)
### Possession of a Firearm in Furtherance of a Drug Trafficking Offense

On or about February 2, 2012, in the District of New Hampshire, the defendant,

### TOSATTI PADMORE,

did knowingly possess a firearm, that is a Magnum Research Corporation Micro Desert Eagle

.380 semi automatic (Serial Number ME04656), in furtherance of a drug trafficking crime for

which he may be prosecuted in a court of the United States, that is distribution of a controlled

substance, oxycodone, contrary to Title 21, United States Code, 841(a)(1), in violation of Title

18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN
**18 U.S.C. §§ 922 and 924(a)(2)**
**Unlawful Possession of a Firearm**

On or about February 2, 2012, in the District of New Hampshire, the defendant,

## TOSATTI PADMORE

having been convicted of a crime punishable by imprisonment for a term exceeding one year –

i.e., Assault by Prisoners, in violation of New Hampshire Revised Statutes Annotated 642:9 on or

about June 28, 2007, also in Hillsborough County Superior Court (North) case no. 06-S-1046 –

did knowingly possess, in and affecting commerce, a firearm – i.e., a Magnum Research

Corporation Micro Desert Eagle .380 semi automatic (Serial Number ME04656) – which had

been shipped and transported in interstate commerce, in violation of Title 18, United States

Code, Sections 922(g) and 924(a)(2).

Dated:  May 16, 2012                                   A TRUE BILL


                                                       /s/ Foreperson
                                                       Foreperson

JOHN P. KACAVAS
United States Attorney



By:     /s/ William E. Morse
        William E. Morse
        Assistant United States Attorney
        District of New Hampshire