UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                Cr. 12-cr- 61-01-PB

Tosatti Padmore

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 16th day of May 2012.

This 16th day of May, 2012.

                                                  JOHN P. KACAVAS
                                                  United States Attorney


                                                  /s/ William E. Morse
                                                  William E. Morse
                                                  Assistant U.S. Attorney

WARRANT ISSUED: _____