AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 12-cr-61-01-PB |
| | ) |
| Tosatti Padmore | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Tosatti Padmore__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Oxycodone, Possession of a Firearm in Furtherance of a Drug Trafficking Offense and Unlawful Possession of a Firearm

Date: 5/16/12

_Kellie Otis_
Issuing officer's signature

City and state: Concord, New Hampshire

_Kellie Otis_
Printed name and title

### Return

This warrant was received on (date) __05/21/12__, and the person was arrested on (date) __05/21/12__
at (city and state) __Concord, NH__.

Date: __05/21/12__

_____
Arresting officer's signature

Joseph Vetanze DUSM #30171
Printed name and title