UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 21 2012

FILED

IN RE THE MATTER OF:

Tosatti Padmore
(Petitioner's name)

Case No. 12 cr 61-01-PB
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Tosatti Padmore
(name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target          ☑ criminal defendant
☐ grand jury witness         ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/21/12                    _____
                                  Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 5-21-12                    _____
                                  U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)