# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 29 2012

USA

v.

Tosatti Padmore

Case #   10-cr-61-01-PB   **FILED**

# EXHIBITS

OFFERED BY:  Gov't

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| # 1 | State Court Records |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

USDCNH-25 (2-96)