UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal Case No. 12-cr-61-PB** |
| **TOSATTI PADMORE,** ) | |
| ) | |
| **Defendant.** ) | |

## SUPERCEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about July 19, 2011, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
## 21 U.S.C. § 841(a)(1)
## Distribution of Oxycodone

On or about August 2, 2011, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE
## 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about January 4, 2012, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR
## 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about January 11, 2012, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
## 21 U.S.C. § 841(a)(1)
### Distribution of Oxycodone

On or about January 30, 2012, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
## 18 U.S.C. § 924(c)
### Possession of a Firearm in Furtherance of a Drug Trafficking Offense

On or about February 2, 2012, in the District of New Hampshire, the defendant,

**TOSATTI PADMORE,**

did knowingly possess a firearm, that is a Magnum Research Corporation Micro Desert Eagle .380 semi automatic (Serial Number ME04656), in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is distribution of a controlled substance, oxycodone, contrary to Title 21, United States Code, 841(a)(1), in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN
### 18 U.S.C. §§ 922 and 924(a)(2)
### Unlawful Possession of a Firearm

On or about February 2, 2012, in the District of New Hampshire, the defendant,

### TOSATTI PADMORE

having been convicted of a crime punishable by imprisonment for a term exceeding one year –

i.e., Assault by Prisoners, in violation of New Hampshire Revised Statutes Annotated 642:9 on or

about June 28, 2007, Case No. 06-S-1046 and Reckless Conduct, in violation of New Hampshire

Revised Statutes Annotated 631:3 on or about July 26, 2006, Case No. 06-S-138, both in the

State of New Hampshire Superior Court for Hillsborough County (North. Division) – did

knowingly possess, in and affecting commerce, a firearm – i.e., a Magnum Research Corporation

Micro Desert Eagle .380  semi automatic (Serial Number ME04656) – which had been shipped

and transported in interstate commerce, in violation of Title 18, United States Code, Sections

922(g) and 924(a)(2).

Dated: June 13, 2012                                                          A TRUE BILL


                                                                              /s/ Foreperson
                                                                              Foreperson

JOHN P. KACAVAS
United States Attorney



By:    /s/ William E. Morse
       William E. Morse
       Assistant United States Attorney
       District of New Hampshire