UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.   Cr. 12-cr-00061-PB

Tosatti Padmore

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Superceding Indictment against the above-named defendant having been filed in the above-entitled cause on the 13th day of June, 2012.

This 13th day of June, 2012.

JOHN P. KACAVAS
United States Attorney

/s/ William E. Morse
William E. Morse
Assistant U.S. Attorney

WARRANT ISSUED: _____