UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL CASE NO. 12-CR-61-PB |
| | ) | |
| TOSATTI PADMORE, | ) | |
| | ) | |
| Defendant | ) | |

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, TOSATTI PADMORE, by and through counsel, and hereby moves this Court to continue his July 10, 2012 Trial for 90 days.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on July 10, 2012, at 9:30 a.m. for his Trial;

2. The undersigned counsel is respectfully asking for additional time to prepare for this trial;

3. The undersigned counsel will be commencing a murder trial at the Hillsborough Superior Court Northern District on July 17, 2012, State v. Michael Sullivan, and will be spending the week before preparing for the trial. This trial is expected to last three to four weeks.

4. This undersigned counsel will also take a one week vacation during the month of August, 2012;

5. That the defendant is aware of this motion;

6. That Attorney William Morse, Assistant U.S. Attorney, has no objection to this motion.

WHEREFORE, the defendant respectfully requests that this Court grant the within Motion.

                                              Respectfully submitted
                                              Tosatti Padmore,
                                              By his Attorney,

Date:   June 15, 2012        /S/Paul J. Garrity_____
                             Paul J. Garrity
                             Bar No. 905
                             14 Londonderry Road
                             Londonderry, NH 03053
                             603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 15th day of June, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Tosatti Padmore.


          /S/Paul J. Garrity_____
          Paul J. Garrity