UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                              Case No. 12-cr-61-PB

**Tosatti Padmore**

### O R D E R

The defendant has moved through counsel to continue the July 10, 2012 trial in the above case, citing counsel's scheduling conflict and the need for additional time to prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2012 to October 2, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 18, 2012 final pretrial conference is continued to September 24, 2012 at 4:30 p.m.  No further continuances.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

June 15, 2012

cc:  Paul J. Garrity, Esq.
     William E. Morse, Esq.
     United States Marshal
     United States Probation