U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

2012 JUN 22 P 2: 14

United States of America

v.

Tosatti Padmore

Criminal Case No. 12-CR-61-PB

## WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, __Tosatti Padmore__, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 6/22/12

_____
Defendant

Date: 6/22/12

_____
Counsel for Defendant

WAIVER APPROVED.

Date: 6/22/12

_____
☒ United States Magistrate Judge
☐ United States District Judge

Copies to:
   U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1  (12-02)