AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
| v. | ) | Case No. 12-cr-00061-PB |
| | ) | |
| Tosatti Padmore | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tosatti Padmore,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Oxycodone, Possession of a Firearm in Furtherance of a Drug Trafficking Offense and Unlawful Possession of a Firearm

Date: 6/14/2012

*Issuing officer's signature*
Kathy DuPont

City and state: Concord, New Hampshire

Kathy DuPont, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

***RETURNED UNEXECUTED***WAIVED APPEARANCE***