UNITED STATES OF AMERICA
DISTRICT OF NEW HAMPSHIRE



UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO. 12-CR-61-PB

TOSATTI PADMORE

    Defendant

## WAIVER OF SPEEDY TRIAL

I, Tosatti Padmore, hereby waive my right to a speedy trial.

_____  6/20/12  _____
Witness                  Date    Tosatti Padmore