UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL CASE NO. 12-CR-61-PB |
| | ) | |
| TOSATTI PADMORE, | ) | |
| | ) | |
| Defendant | ) | |

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, TOSATTI PADMORE, by and through counsel, and hereby moves this Court to continue his October 2, 2012 Trial for 45 days.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on October 2, 2012, at 9:30 a.m. for his Trial;

2. The undersigned counsel is currently trying to negotiate a deal with the U.S. Attorney's Office.  It is a complicated matter and the parties are asking for more time to negotiate this deal.

3. In addition, the undersigned counsel will be commencing three trials within the next month, State v. Cote at the Hillsborough South Superior Court on October 15, 2012; State v. Grandmont at the Merrimack Superior Court on October 29, 2012, and U.S. v. Monteiro at the U.S. District Court, District of Massachusetts, on November 5, 2012.

4. That the defendant is aware of this motion;

6. That Attorney William Morse, Assistant U.S. Attorney, has no objection to this motion.

WHEREFORE, the defendant respectfully requests that this Court grant the within Assented to Motion to Continue Trial for 45 days..

                                                  Respectfully submitted
                                                  Tosatti Padmore,

By his Attorney,

Date:   September 25, 2012        /S/Paul J. Garrity
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 25th day of September, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Tosatti Padmore.

         /S/Paul J. Garrity
Paul J. Garrity