I, Tosatti Padmore, hereby waive my right to a speedy trial.

*Tosatti Padmore* (signature)
Tosatti Padmore
9/26/12

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2012 SEP 28  P 12: 15