UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL CASE NO. 12-CR-61-PB |
| | ) | |
| TOSATTI PADMORE, | ) | |
| | ) | |
| Defendant | ) | |

ASSENTED TO MOTION TO CONTINUE

NOW COMES the defendant, TOSATTI PADMORE, by and through counsel, and hereby moves this Court to continue his November 19, 2012 Pre-Trial/Compliance Hearing for 30 days.

In support of this Motion, the defendant states as follows:

1. The accused is scheduled to appear in this Court on November 19, 2012, at 10:30 a.m. for his Pre-Trial/Compliance Hearing;

2. The undersigned counsel is currently trying working on a potential plea agreement and given the alternative scenarios that are being discussed, we need about 30 more days to work out the details.

3. That the defendant is aware of this motion;

6. That Attorney William Morse, Assistant U.S. Attorney, has no objection to this motion.

WHEREFORE, the defendant respectfully requests that this Court grant the within Assented to Motion to Continue Trial for 30 days.

                                                Respectfully submitted
                                                Tosatti Padmore,
                                                By his Attorney,

Date: November 16, 2012      /S/Paul J. Garrity_____
                                                Paul J. Garrity
                                                Bar No. 905

                14 Londonderry Road
                Londonderry, NH 03053
                603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 16th day of November, 2012, a copy of the within was e filed to the United States Attorney's Office, parties of record and mailed, postage prepaid, to Tosatti Padmore.

                __/S/Paul J. Garrity_____
                Paul J. Garrity