I, Tosatti Padmore hereby waive my right to a speedy trial.

*[signature]*
Tosatti Padmore
11/17/12