UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 JUL 10 P 4:17

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court             Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk        Web: www.nhd.uscourts.gov

July 3, 2013

To:      Attorney Morse

From:    Maryanne Michaelis, Deputy Clerk

In re:   Criminal No. 12-cr-61-02-PB, USA v Tosatti Padmore

Enclosed find exhibit(s) per list attached. Please sign the acknowledgment below and return this letter to the Clerk's Office in the enclosed envelope.

State Court record admitted at the Detention hearing on 5/29/12

*************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 7/7/13           By: William E. Morse

Counsel for: USA