UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941


**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court          Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk     Web: www.nhd.uscourts.gov


NOTICE--POTENTIAL ELIGIBILITY FOR SENTENCE REDUCTION


Case Name:  U.S. v. Tosatti Padmore

Case Number:  12-cr-61-01 PB


On July 18, 2014, the United States Sentencing Commission (the "Commission") determined to give retroactive effect to the permanent guideline amendment regarding certain drug trafficking offenses (Amendment 782). Retroactivity of the guideline amendment became effective November 1, 2014, at which time reductions in sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the retroactive application of the amendment were authorized. However, defendants entitled to relief pursuant to the amendment will not be eligible for release until November 1, 2015.

The above-captioned case is potentially eligible to seek a sentence reduction under this amendment. Please note that this does not mean you are necessarily entitled to a reduction in your sentence; it only means the potential exists that your sentence may be entitled to a reduction based on the amendment. The court has appointed counsel to represent you in this matter. Because you have court appointed counsel, you must complete and return the enclosed financial affidavit to the clerk's office at the above address as soon as possible. Enclosed is a scheduling order for your reference in the case.


Daniel J. Lynch, Clerk of Court