UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>UNITED STATES OF AMERICA</u>

    v.                     1:12-cr-61-01-PB

<u>TOSATTI PADMORE</u>

O R D E R

Upon consideration of the parties' agreed to request for a reduction of sentence pursuant to Amendment 782 to the Sentencing Guidelines and after taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), it is ORDERED that the defendant's sentence is reduced to a term of 90 months.  All other terms of the judgment in this case shall remain unchanged.  This order is effective on November 1, 2015.

Dated:  June 25, 2015          /s/ Paul Barbadoro
                                     PAUL BARBADORO
                                     UNITED STATES DISTRICT JUDGE

cc:  Paul Garrity
     Seth R. Aframe
     U.S. Probation
     U.S. Marshal Service