**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

12-CR-61-PB

MAY 09 2016

# FILED

To who this may concern I was wondering, If MY case has anything to do with that new bill "the Johnson" case because I have a 924c charge in my case and I was just wondering If that bill applies to me

please take this under consideration

Thank You!

May 3, 2016