```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

USA

      v.                                      Docket No.: 12-cr-0061-01-PB

Tosatti Padmore

### ORDER APPOINTING COUNSEL

Pursuant to the provisions of the Criminal Justice Act, Title 18, U.S.C. § 3006A(a)(2)(B), and the discretion of the court, the Federal Defender Office (District of New Hampshire) is hereby appointed to conduct an initial review to assess whether the defendant may qualify for habeas corpus relief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (2015). The U.S. Probation Office for the District of New Hampshire and the clerk's office are authorized to disclose the Presentence Investigation Reports, Statement of Reasons, and Judgments to the Federal Defender Office for purpose of the initial review.

The Federal Defender Office shall notify the court when the review is completed and defendant has been notified, at which time this appointment shall terminate. If a petition for habeas corpus relief is filed, defendant may seek appointment of counsel in that case.

If the Federal Defender Office determines that a conflict exists relative to conducting the initial review, it shall file with the court a motion to withdraw as counsel for defendant on those grounds, and an attorney on the court's CJA Panel shall be appointed to conduct the review.

Date: 5/10/2016                                     /s/ Paul Barbadoro  
                                                      United States District Judge  
                                                      Paul Barbadoro

cc:   Tosatti Padmore, pro se  
      Bjorn Lange, Esq.  
      Seth R. Aframe, AUSA  
      U.S. Probation Office